**Electronically Filed
Supreme Court
SCWC-13-0000595
23-JUN-2016
11:26 AM**

SCWC-13-0000595

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

RUTH RYAN,
Respondent/Plaintiff/Counterclaim Defendant/Appellee,

vs.

JOHN HERZOG,
Petitioner/Defendant/Counter-Claimant/Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000595; DC-CIVIL NO. 08-1-0948)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack and Wilson, JJ.)

Petitioner/Defendant/Counter-Claimant/Appellant John Herzog's application for writ of certiorari filed on May 9, 2016, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, June 23, 2016.

John Herzog
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

